**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Luis ALVAREZ–RODRIGUEZ,**
**Defendant–Appellant.**

**No. 11–50530.**

United States Court of Appeals,
Ninth Circuit.

Submitted April 16, 2013.*

Filed April 23, 2013.

Janet Cabral, Assistant U.S., Bruce R. Castetter, Assistant U.S., Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Jerald Lee Brainin, Esquire, Los Angeles, CA, for Defendant–Appellant.

Luis Alvarez–Rodriguez, Adelanto, CA, pro se.

Before: CANBY, IKUTA, and WATFORD, Circuit Judges.

MEMORANDUM **

Luis Alvarez–Rodriguez appeals from the district court's judgment and challenges his jury-trial conviction and 70–month sentence for attempted entry after deportation, in violation of 8 U.S.C. § 1326; and making a false claim to United States citizenship, in violation of 18

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

U.S.C. § 911. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Alvarez–Rodriguez's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Alvarez–Rodriguez the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED**.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.